UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Warren S. West, et al.,

v. Civil No. 99-876(DSD/JMM)

United States of America.

---

Keith E. West, et al.,

v. Civil No. 99-1178(DSD/JMM)

United States of America.

---

Donald L. Woolf, et al.

v. Civil No. 00-500(ADM/AJB)

United States of America.

**ORDER FOR REASSIGNMENT OF RELATED CASES**

Case Nos. 99-876(DSD/JMM) and 99-1178(DSD/JMM) having been assigned to Judge David S. Doty and Case No. 00-500(ADM/AJB) having later been assigned to Judge Ann D. Montgomery, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 00-500(ADM/AJB) be assigned to Judge Doty, nunc pro tunc, by use of a card on the Master list of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this court's Assignment of Cases Order dated May 28, 1998,

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: April 24, 2000

David S. Doty, Judge
United States District Court

Dated: April 24, 2000

Ann D. Montgomery, Judge
United States District Court

APR 26 2000