UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-500(DSD/JMM)

Donald L. Woolf and
Diane J. Woolf,

Plaintiffs,

v.

**ORDER**

United States of America,

Defendant.

This matter is hereby stayed until the decision of the Court of Appeals for the Eleventh Circuit in the matter of Davenport Recycling Associates v. Commissioner of Internal Revenue, 76 T.C.M. (CCH) 562 (1998).

Dated: April 27, 2000

David S. Doty, Judge
United States District Court

FILED 4-27-00
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______